IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GUL SAHIB SHAH RAIHAN, # A221388269                    PETITIONER

VERSUS                                CIVIL ACTION NO. 5:26cv218-DCB-BWR

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; NEW
ORLEANS FIELD OFFICE DIRECTOR,
ICE ENFORCEMENT AND REMOVAL
OPERATIONS; WARDEN R. VERGARA,
ADAMS COUNTY CORRECTIONAL
CENTER; SECRETARY KRISTI NOEM,
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and
ATTORNEY GENERAL OF THE UNITED
STATES                                            RESPONDENTS

## ORDER REQUIRING RESPONDENTS TO ANSWER

BEFORE THE COURT are pro se Petitioner Gul Sahib Shah Raihan's Petition [1] and

supplemental petitions [3, 4] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, and

Memorandum in Support [2].  He is an alien detainee in the custody of the Department of

Homeland Security, who challenges his continued detention.

The Court notes that the proper Respondent is the "person having custody over the person

detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Therefore, the United States

Immigration and Customs Enforcement; Secretary Kristi Noem, Department of Homeland

Security; and the Attorney General of the United States are removed as Respondents in this

matter.  Further, the Court has considered the matter and is of the opinion that Respondents ICE

Enforcement and Removal Operations New Orleans Field Office Director and Warden R.

Vergara shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the United States Immigration and Customs Enforcement; Secretary Kristi Noem, Department of Homeland Security; and the Attorney General of the United States are hereby removed as Respondents in this case.

**IT IS FURTHER ORDERED** that Respondents ICE Enforcement and Removal Operations New Orleans Field Office Director and Warden R. Vergara shall file an answer or other responsive pleading in this case within 20 days of the service of a copy of this Order. **Respondents shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.** If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1], Memorandum [2], and supplemental petitions [3, 4] filed herein and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondents to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this

Order upon pro se Petitioner Gul Sahib Shah Raihan by mailing same to his last known address.

      **SO ORDERED**, this the 1st day of June, 2026.

           *s/* *Bradley W. Rath*

           BRADLEY W. RATH
           UNITED STATES MAGISTRATE JUDGE